# EXHIBIT A
# PROPOSED ORDER IN STATE COURT ACTION

| | |
|---|---|
| 177909 | Case Type: Contract |
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |

WELLS FARGO BANK, NA,

Court File No. _____

Plaintiff

vs

**ORDER FOR JUDGMENT**

JORDAN L PEACOCK,

Defendant

---

The Court, based upon all of the pleadings, affidavits, records and files herein, hereby makes the following:

### FINDINGS AND CONCLUSIONS OF LAW

JORDAN L PEACOCK, Defendant failed to answer the complaint within the time allowed by the Rules of Civil Procedure and therefore is/are in default under Minn. R Civ. Proc. 55.01. Based upon the foregoing, the Court hereby makes the following:

### ORDER FOR JUDGMENT

Judgment shall be entered in favor of Plaintiff and against JORDAN L PEACOCK, Defendant in the amount of $7,411.13, plus attorneys fees in the amount of $800.00, plus costs and disbursements in the amount of $484.00 and excluding pre-judgment and post-judgment interest.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____    BY THE COURT:

_____
Judge of District Court

# EXHIBIT B

# GARNLINK DISCLOSURE

# BY

# U.S. BANK



# GARN•LINK®

**Garnishment Response Notice**
Delivered via Garnlink

This response notice is provided by GarnLink, LLC to its law firm customers.

It confirms that a garnishee bank sent the following response to garnishment papers served upon the bank. This document is created routinely by GarnLink, LLC as a regular part of its service to the law firm.

Last Name: PEACOCK
First Initial: J
Court File Number: 19HACV174346
Last 4 of SSN: ▓▓▓▓
OR
File Number:
Initials/Last 4 of SSN: J.P /▓▓▓▓
Additional Identifiers:

Bank Response: closed account
Response Timestamp: 2/7/2018 2:57:47 PM
Bank Identifier: RP;

GarnLink, LLC; 3208 West Lake Street, Suite 100; Minneapolis, MN 55416
info@garnlink.com